IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RAY DRAKE,                                                    CV. 05-1423-MA

                  Petitioner,                                   ORDER

      v.

GUY HALL,

                  Respondent.

MARSH, Judge

     Petitioner motion to dismiss voluntarily (#7) is GRANTED.

This proceeding is DISMISSED, without prejudice to refiling.

     IT IS SO ORDERED.

     DATED this _9__ day of August, 2006.


                         _/s/  Malcolm F. Marsh_____
                         Malcolm F. Marsh
                         United States District Judge


1 -- ORDER